UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA (MIAMI DIVISION)
www.flsb.uscourts.gov

In re:                                                                    CASE NO. 18-14411-AJC
                                                                          CHAPTER 13
STEVEN ALAN WALDMAN

    Debtors.

_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO RESCHEDULE AND CONCLUDE FORECLOSURE SALE OF REAL PROPERTY LOCATED AT 2901 SOUTH BAYSHORE DRIVE PH-B PURSUANT TO FINAL JUDGMENT OF FORECLOSURE

LAQUER FAMILY HOLDINGS LIMITED PARTNERSHIP ("LFHLP"), pursuant to 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001, Local Rule 4001-1 and the Court's Guidelines for Motions for Relief from the Automatic Stay (the "Guidelines"), respectfully requests the entry of an order granting relief from the automatic stay to allow LFHLP to reschedule and conclude a foreclosure sale of real property located at 2901 South Bayshore Drive, PH-B, Coconut Grove, FL 33133 (the "Real Property"). In support, LFHLP states:

1.      On April 16, 2018 (the "Petition Date"), the Debtor Steven Alan Waldman, pro se, (the "Debtor") commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11, United States Code.

2.      In June 2016, LFHLP commenced a foreclosure suit against Veronica Waldman, as Trustee of the VW Family Trust Dated April 30, 2013 (the "Waldman Trust") and Veronica Waldman, individually (among others). Steven Alan Waldman is not an owner of the subject property or a debtor on the mortgage being foreclosed. Over 1 year later, LHFLP had finally reached the eve of a foreclosure auction sale, only to be hindered and delayed by Veronica Waldman's (not the Waldman Trust's) filing of a Chapter 13 case on June 30, 2017, case No. 17-

18280-LMI. That Chapter 13 case was ultimately dismissed on February 12, 2018 due to Veronica Waldman's failure to obtain confirmation of her Fourth Amended Chapter 13 Plan. She is barred from filing another petition for 180 days from February 12, 2018.

3.       On April 5, 2017, the Circuit Court of the 11th Judicial Circuit in and for  Miami-Dade County entered an Agreed Final Judgment of Foreclosure against, *inter alia*, Veronica Waldman, as Trustee of the Waldman Trust and Veronica Waldman, individually. A copy of the Agreed Final Judgment of Foreclosure was recorded in the public records of Miami-Dade County, Florida on April 7, 2017 at Book 30487 Page 4374 and is attached hereto as **Exhibit A** (the "Final Judgment").   A foreclosure sale was  scheduled for 9:00  a.m. on July 3, 2017.    *See* Exhibit A ¶ 4. Both Veronica Waldman and the Waldman Trust expressly agreed in the Final Judgment NOT to seek a continuance or extension of the foreclosure sale, yet that was precisely the intended and ultimate result of Veronica Waldman's bankruptcy filing. *See* Exhibit A ¶ 5. Once Veronica Waldman's bankruptcy was dismissed, LFHLP promptly reset its foreclosure sale for April 17, 2018. The result of the instant bankruptcy filing was the cancellation of the aforementioned sale.

4.       As evidenced by the deed attached hereto as **Exhibit B**, the owner of title to the Real Property is the Waldman Trust, not Veronica Waldman and not the Debtor.

5.       As of the date of the entry of the Final Judgment, the amount due to LFHLP secured by the Real Property was $915,852.60, accruing interest at the rate of 4.97% per year. As of the Petition Date, the amount due to LFHLP secured by the Real Property, including interest but excluding any other fees, costs or charges (such as attorneys' fees) was $926,577.36.

6.       According to the Miami-Dade County Property Appraiser, the 2017 market value of the Real Property is $810,142.  See **Exhibit C** attached hereto.

7.       According to the website www.zillow.com, the "Zestimate®" or approximate value of the Real Property, is $849,846, and decreasing.  *See* **Exhibit D** attached hereto.

8.       According to the Miami-Dade tax collector, real property taxes for tax year 2016

remain due and constitute a lien on the Real Property, in the amount of $16,171.98. The Miami-Dade tax collector issued Tax Certificate # 4345 with respect to the Real Property on June 1, 2017. *See* **Exhibit E** attached hereto.

9.      Pursuant to 11 U.S.C. § 362(d)(1), the Court must grant relief from the automatic stay "for cause, including the lack of adequate protection of an interest in property . . . ."

10.      Pursuant to 11 U.S.C. § 362(d)(2), the Court must grant relief from the automatic stay as against property if "(A) the debtor does not have an equity in such property; and (B) such property is not necessary to an effective reorganization."

11.      As to 11 U.S.C. § 362(d)(1), LFHLP holds the Final Judgment. The value of the Real Property is approximately $100,000 less than the debt secured by the Real Property. Real property taxes for 2016 have not been paid, and a tax certificate has been issued. No funds are being escrowed to pay 2016 real property taxes when they become due. Therefore, LFHLP interest in the Real Property is not adequately protected.

12.      As to 11 U.S.C. § 362(d)(2), the Debtor does not have an equity in the Real Property because (i) the Waldman Trust owns the Real Property, not the Debtor and (ii) the value of the Real Property is approximately $100,000 less than the amount owed to LFHLP. Furthermore, the Real Property cannot, as a matter of law, be necessary to the Debtor's effective reorganization because the Waldman Trust, and not the Debtor, owns the Real Property.

13.      The Debtor's only interest in the Real Property, other than as a "John Doe Unknown Tenant", is as an occupant. His bare-bones petition fails to disclose any other interest, leasehold or otherwise. The Real Property is simply not part of the Debtor's Estate.

14.      Based on the foregoing, LFHLP respectfully requests that the Court grant stay relief to allow LFHLP to reschedule and conclude the foreclosure auction sale of the Real Property and permit the Miami-Dade Clerk of Court to issue a Certificate of Title.

WHEREFORE LAQUER FAMILY HOLDINGS LIMITED PARTNERSHIP respectfully requests the entry of an Order pursuant to 11 U.S.C. § 361(d) granting relief from the automatic stay to allow LFHLP to reschedule and conclude a foreclosure sale of real property located at 2901 South Bayshore Drive, PH-B, Coconut Grove, FL 33133, and to permit the Miami-Dade Clerk of Court to issue a Certificate of Title at the conclusion of such auction sale, and granting such other and further relief as is proper.

**Respectfully submitted this  17th  day of April, 2018.**

> **BECKER & POLIAKOFF, P.A.**
> *Attorneys for LAQUER FAMILY*
> *HOLDINGS LIMITED PARTNERSHIP*
> 121 Alhambra Plaza, 10th Floor
> Coral Gables, FL  33134
> (305) 262-4433 Telephone
> E-mail: Sdavis@bplegal.com
>
> By: _____
> Steven M. Davis
> Florida Bar # 894249

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties via CM/ECF on this  17th  day of April, 2018.

> By: _____
> Steven M. Davis, Esq.

ACTIVE: 10809457_1

**<u>EXHIBIT A</u>**

CFN: 20170196637 BOOK 30487 PAGE 4374
DATE:04/07/2017  02:10:18 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DAD

FILED FOR RECORD
2017 APR -5 PM 3: 41

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

LAQUER FAMILY HOLDINGS LIMITED
PARTNERSHIP,

     Plaintiff,

v.

VERONICA WALDMAN, as Trustee of the
VW Family Trust Dated April 30, 2013;
YACHT HARBOUR CONDOMINIUM
ASSOCIATION, INC.; GLC3, INC.; and
VERONICA WALDMAN, individually and
JOHN DOE, parties in possession;

     Defendants.

_____/

CASE NO.: 16-015684 CA (21)

FINAL ORDERS AS TO ALL PARTIES.
SRS DISPOSITION
NUMBER 12
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.
    Judge's Initials

**AGREED FINAL JUDGMENT OF FORECLOSURE**

THIS ACTION was heard before the Court on Plaintiff's Motion for Final Judgment on April 3, 2017. On the evidence presented, it is ordered and adjudged that Plaintiff's Motion for Final Judgment is granted against all Defendants: Veronica Waldman, as Trustee of the VW Family Trust Dated April 30, 2013; Yacht Harbour Condominium Association, Inc.; GLC3, Inc.; Veronica Waldman, individually and John Doe a/k/a Steven Waldman, parties in possession.

1.   <u>Amounts Due and Owing.</u>  Plaintiff is due:

| | |
|---|---|
| Principal amount due on note secured by mortgage to be foreclosed | $739,500.00 |
| Interest on the note and mortgage at contract rate (4.25%) through May 17, 2016 | $ 2,619.06 |
| Default interest from and including May 18, 2016 through and including March 15, 2017 at 25% ($506.51 per diem) | $ 152,966.02 |

CFN: 20170196637 BOOK 30487 PAGE 4375

CASE NO.: 16-015684 CA (21)

Additional default interest from and including March 16, 2017     $9,623.69
through and including April 3, 2017

Total:                                                          $904,708.77

Attorneys' Fees Total                                            $ 7,855.50

Court Costs Now Taxed:
Filing fee - Miami-Dade County Circuit Court      $ 1968.33
Service of Process fees                           $ 1170.00
Title search expenses                             $  150.00

  Court Costs Total                                              $ 3288.33

**GRAND TOTAL**                                                 **$915,852.60**

2.     **Interest.**  The grand total amount referenced in Paragraph 1 shall bear interest

from this date forward at the prevailing legal rate of interest, 4.97% a year.

3.     **Lien on Property**.  Plaintiff, whose address is 9703 Collins Avenue, Suite 500C,

Bal Harbour, Florida 33154, holds a lien for the grand total sum superior to all claims or estates

of the defendant(s), on the following described property in Miami Dade County, Florida:

> Unit 18-B of Yacht Harbour Condominium, a Condominium according to the Declaration
> of Condominium thereof, recorded in Official Records Book 9021, Page 67, of the Public
> Records of Miami-Dade County, Florida, and any amendments thereto, together with its
> undivided share in the common elements.
> Property address: 2901 S. Bayshore Drive, #PHB, Miami, FL 33133



4.   **Sale of property.**  If the grand total amount with interest at the rate described in

Paragraph 2 and all costs accrued subsequent to this judgment are not paid in full, the Clerk of

the Court shall sell the subject property at public sale. Pursuant to Administrative Order 09-18,

the Clerk of the Courts for the Eleventh Judicial Circuit is authorized to conduct on-line public

CFN: 20170196637 BOOK 30487 PAGE 4376

CASE NO.: 16-015684 CA (21)

auctions of real property in lieu of on-site auctions. The Clerk of the Courts shall conduct the sale online at www.miamidade.realforeclose.com commencing at 9:00 a.m. on _July 3_, 2017 (foreclosure sale shall be scheduled in 90 days), to the highest bidder for cash.

5.       Defendants Veronica Waldman, as Trustee of the VW Family Trust dated April 30, 2013, Veronica Waldman, individually, and John Doe a/k/a Steven Waldman, specifically consent to the entry of this Agreed Final Judgment and represent, acknowledge and agree that they shall not request (and specifically waive the right to request) any continuance or extension of the above foreclosure sale date without Plaintiff's prior written consent.

6.       **Costs.**   Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for documentary stamps affixed to the certificate of title.  If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

7.       **Distribution of Proceeds.**   On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the Plaintiff's costs; second, documentary stamps affixed to the Certificate; third, Plaintiff's attorneys' fees; fourth, the total sum due to the Plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

8.   **Right of Redemption/Right of Possession.**  Upon filing of the Certificate of Sale,

CFN: 20170196637 BOOK 30487 PAGE 4377

CASE NO.: 16-015684 CA (21)

defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice

of Lis Pendens shall be foreclosed of all estate or claim in the property, except as to claims or

rights under Section 45.01315, Florida Statutes (2013) shall be terminated, except as to claims or

rights under Chapter 718 or Chapter 720, Fla. Stat. , if any. Upon filing of the Certificate of Title,

the person named on the Certificate of Title shall be let into possession of the property, subject to

tenant protections in compliance with the provisions of Section 83.561, Fla. Stat. (2015).

9. **Attorney's Fees.** The Court finds, based upon the affidavits/testimony presented and

upon reasonable inquiry of counsel for the Plaintiff that 19.1 hours were reasonably expended by

that Plaintiff's counsel and that an hourly rate of $ 365.00 and $495.00 is appropriate. Plaintiff's

counsel represents that the attorneys' fee awarded does not exceed its contract fee with the

Plaintiff. The court finds that there is/are no reduction or enhancement factors for consideration

by the court pursuant to Florida Patients Compensation Fund v. Rowe, 472 So. 2d 1145 (Fla.

1985).

10. **Jurisdiction.** The Court retains jurisdiction of this action to enter further orders

that are proper, including, without limitation, writs of possession and deficiency judgments.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIEN HOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, 140 WEST FLAGLER STREET, ROOM 908, MIAMI , FLORIDA  (TELEPHONE: (305) 375-5943),**

CFN: 20170196637 BOOK 30487 PAGE 4378

CASE NO.: 16-015684 CA (21)

WITHIN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT THE LEGAL AID SOCIETY AT THE DADE COUNTY BAR ASSOCIATION, 123 N.W. FIRST AVENUE, SUITE 214, MIAMI, FLORIDA, (TELEPHONE: (305) 579-5733), TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT THE DADE COUNTY BAR ASSOCIATION LEGAL AID SOCIETY, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

DONE AND ORDERED in Chambers in Miami Dade County, Florida, this ___ day of April, 2017.

_____
HONORABLE ANTONIO ARZOLA
Circuit Court Judge

*Judge Antonio Arzola*
*Circuit Court Judge*

Copies furnished to:
Stephanie Taylor, Esq.
Jessica Erenbaum, Esq.
Jonathan Mofsky, Esq.
GLC3, Inc.

10841-013 / #256

COPY HAND DELIVERED
TO PLTFS ATTY
IN LIEU OF MAILING

**<u>EXHIBIT B</u>**



CFN 2013R0423114
OR Bk 28651 Pg 0614; (1ps)
RECORDED 05/29/2013 11:15:06
DEED DOC TAX 5,100.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

This Document Prepared By and Return to:
**Jay Phillip Parker Esq.**
**Clear Title Group, LLC**
**1691 Michigan Avenue Suite 320**
**Miami Beach, Florida 33139**

Parcel ID Number: 01-4121-075-1360

# Warranty Deed

**This Indenture,** Made this 7 day of **May, 2013** A.D., **Between Laquer Family Holdings Limited Partnership, a Florida limited partnership** of the County of **Miami-Dade**, State of **Florida**, grantor, and **Veronica Waldman, as Trustee of the VW Family Trust dated April 30, 2013** , with the power and authority granted to said Trustee either to protect, conserve and to sell, or to lease, or to encumber, or otherwise manage and dispose of the real property described herein -- such power and authority shall be held by each successor Trustee, and if the aforementioned Trustee fails or ceases to serve, then such Trustee as shall be designated in or appointed pursuant to the provisions of the Trust shall serve as successor Trustee. whose address is: **2901 S. BAYSHORE DRIVE PH-B MIAMI, FLORIDA 33133** of the County of **Miami-Dade**, State of **Florida**, grantees Witnesseth that the GRANTOR, for and in consideration of the sum of
----------------------------------------------------**TEN DOLLARS ($10)**-----------------------------------------------------DOLLARS,

and other good and valuable consideration to GRANTOR in hand paid by GRANTEES, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said GRANTEES and GRANTEES' heirs, successors and assigns forever, the following described land, situate, lying and being in the County of **Miami-Dade** State of **Florida** to wit:

**Unit 18-B of Yacht Harbour Condominium, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records Book 9021, Page(s) 67, of the Public Records of Miami-Dade County, Florida, and any amendments thereto, together with its undivided share in the common elements.**

**SUBJECT TO TAXES AND ASSESSMENTS FOR 2013 AND SUBSEQUENT YEARS. CONDITIONS, RESTRICTIONS, EASEMENTS AND LIMITATIONS OF RECORD, IF ANY; PROVIDED THIS PROVISION SHALL NOT BE DEEMED TO IMPOSE SAME; ZONING AND OTHER GOVERNMENTAL REGULATIONS.**
and the grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

**In Witness Whereof,** the grantor has hereunto set its hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Laquer Family Holdings Limited Partnership, a
Florida limited partnership

By: Laquer Family Holdings GP, LLC a Florida
limited liability company its General Partner

Printed Name: JAY PARKER
Witness

Printed Name: KATIA A. DEMEIRE
Witness

By: Edith Laquer also known as Edie Laquer
Its: Managing Member
50 S. POINTE DRIVE UNIT 3301/3303
MIAMI BEACH, FLORIDA 33139

**STATE OF Florida**
**COUNTY OF Miami-Dade**
The foregoing instrument was acknowledged before me this 15th day of **May, 2013** by EDITH LAQUER A.K.A. EDIE LAQUER, AS MANAGING MEMBER OF LAQUER FAMILY HOLDINGS GP, LLC a Florida limited liability Company the General Partner of LAQUER FAMILY HOLDINGS LIMITED PARTNERSHIP, a Florida limited partnership who is personally known to me or who has produced her **Florida driver's license** as identification.

Printed Name: KATIA A. DEMEIRE
Notary Public
My Commission Expires: / /

KATIA A DEMEIRE
MY COMMISSION # EE166662
EXPIRES February 06, 2016
(407) 398-0153   FloridaNotaryService.com

WALD042413

## **EXHIBIT C**



PEDRO J. GARCIA
MIAMI-DADE PROPERTY APPRAISER

IMPORTANT    When buying real estate property, you should not assume that property taxes will remain the same. Whenever there is a change in ownership, the
MESSAGE      assessed value of the property may reset to full market value, which could result in higher property taxes. Please use our Tax Estimator to
             approximate your new property taxes.

             The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the Tax Collector's website directly for additional
             information.



| Address | Owner Name | Subdivision Name | Folio |

**SEARCH:** | vw family trust | 🔍 |    Back to Search Results

## PROPERTY INFORMATION ℹ



**Folio:** 01-4121-075-1360

**Sub-Division:**
YACHT HARBOUR CONDO

**Property Address**
2901 S BAYSHORE DR   UNIT:  18B
Miami, FL  33133-6016

**Owner**
VERONICA WALDMAN TRS
VW FAMILY TRUST

**Mailing Address**
2901 S BAYSHORE DR PHB
MIAMI, FL 33133

**PA Primary Zone**
6110 COMM/RESIDENTIAL-DESIGN D

**Primary Land Use**
0407 RESIDENTIAL - TOTAL VALUE :
CONDOMINIUM - RESIDENTIAL

| | |
|---|---|
| **Beds / Baths / Half** | 3 / 2 / 0 |
| **Floors** | 0 |
| **Living Units** | 1 |
| **Actual Area** | |
| **Living Area** | 2,387 Sq.Ft |
| **Adjusted Area** | 2,387 Sq.Ft |
| **Lot Size** | 0 Sq.Ft |
| **Year Built** | 1975 |



**Featured Online Tools**

| | | | | |
|---|---|---|---|---|
| Comparable Sales | Glossary | Non-Ad Valorem Assessments | PA Additional Online Tools | Property Record Cards | Property Search Help |
| Tax Comparison | Tax Estimator | TRIM Notice | Property Taxes | Report Discrepancies | Report Homestead Fraud |
| | | | Value Adjustment Board | | |

## ASSESSMENT INFORMATION ℹ

| Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $810,142 | $683,664 | $569,720 |
| Assessed Value | $698,020 | $683,664 | $569,720 |

## BENEFITS INFORMATION ℹ

| Benefit | Type | 2017 | 2016 | 2015 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | $112,122 | | |
| Homestead | Exemption | $25,000 | $25,000 | |
| Second Homestead | Exemption | $25,000 | $25,000 | |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION ℹ

## TAXABLE VALUE INFORMATION ⓘ

YACHT HARBOUR CONDO
UNIT 18-B
UNDIV .8638% INT IN COMMON
ELEMENTS
CLERKS FILE 75R120929
OR 18638-4714 0599 5

| | 2017 | 2016 | 2015 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $50,000 | $50,000 | $0 |
| Taxable Value | $648,020 | $633,664 | $569,720 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $0 |
| Taxable Value | $673,020 | $658,664 | $569,720 |
| **CITY** | | | |
| Exemption Value | $50,000 | $50,000 | $0 |
| Taxable Value | $648,020 | $633,664 | $569,720 |
| **REGIONAL** | | | |
| Exemption Value | $50,000 | $50,000 | $0 |
| Taxable Value | $648,020 | $633,664 | $569,720 |

## SALES INFORMATION ⓘ

| Previous Sale | Price | OR Book-Page | Qualification Description | Previous Owner 1 |
|---|---|---|---|---|
| 05/17/2013 | $850,000 | 28651-0614 | Qual by exam of deed | LAQUER FAMILY HOLDINGS |
| 07/01/2010 | $100 | 27504-3626 | Corrective, tax or QCD; min consideration | EDITH LAQUER (TRUST) |
| 05/01/1999 | $0 | 18638-4714 | Sales which are disqualified as a result of examination of the deed | |
| 01/01/1980 | $335,000 | 10645-2077 | Sales which are qualified | |
| 01/01/1980 | $335,000 | 10645-2077 | Other disqualified | |
| 10/01/1979 | $325,000 | 10571-0174 | Sales which are qualified | |

For more information about the Department of Revenue's Sales Qualification Codes.

## ADDITIONAL INFORMATION

* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

### LAND USE AND RESTRICTIONS

| | | | |
|---|---|---|---|
| Community Development District: | NONE | Community Redevelopment Area: | NONE |
| Empowerment Zone: | NONE | Enterprise Zone: | NONE |
| Urban Development: | INSIDE URBAN DEVELOPMENT BOUNDARY | Zoning Code: | T5-O - |
| | | Existing Land Use: | 35 - MULTI-FAMILY, HIGH DENSITY (OVER 25 DU/GROSS ACRE). |

Government Agencies and Community Services

### OTHER GOVERNMENTAL JURISDICTIONS

| | | | |
|---|---|---|---|
| Business Incentives | Childrens Trust | City of Miami | Environmental Considerations |
| Florida Department Of Revenue | Florida Inland Navigation District | PA Bulletin Board | Non-Ad Valorem Assessments |
| School Board | South Florida Water Mgmt District | Tax Collector | |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

For inquiries and suggestions email us at http://www.miamidade.gov/PAPortal/ContactForm/ContactFormMain.aspx.

Version: 2.0.3

| EXEMPTIONS & BENEFITS | REAL ESTATE | TANGIBLE PERSONAL PROPERTY | PUBLIC RECORDS | ONLINE TOOLS | TAX ROLL ADMINISTRATION |
|---|---|---|---|---|---|
| Deployed Military | 40 Yr Building Re-Certification | Appealing your Assessment | Address Blocking | Property Search | Appealing your Assessment |
| Disability Exemptions | Appealing Your Assessment | Assessment Information Search | Change of Name | Property Sales | Reports |
| Homestead | Defective Drywall | Exemptions | Change of Address | Tax Estimator | |
| Institutional | Folio Numbers | Extension Requests | Change of Ownership & Title | Tax Comparison | |
| Senior Citizens | | | | | |

Mortgage Fraud    Filing Returns    Declaration of Condominium    Homestead Exemption and Portability

More >    More >    More >    More >    More >    More >

Home    Privacy Statement    Disclaimer    About Us    ADA Notice    Contact Us

© 2014 Miami-Dade County. All rights reserved.

**<u>EXHIBIT D</u>**

Case 18-12810-AMC    Doc 18    Filed 04/05/17    Page 18 of 23



CORRECT HOME FACTS    ♡ SAVE    ✉ SHARE    ⊘ HIDE    GET UPDATES    MORE

City, State, or Zip    🔍

Public View    Owner View

Florida · Miami · 33133 · North-East Coconut Grove · 2901 South Bayshore Drive · Apartment 18B

# 2901 S Bayshore Dr APT 18B, Miami, FL 33133

3 beds · 2 baths · 2,387 sqft    Edit

Edit home facts for a more accurate Zestimate.

OFF MARKET

Zestimate°:
$849,846

I disagree

Rent Zestimate°:
$4,697 /mo

Est. Refi Payment
$3,449/mo

🖩

See current rates

## Home Shoppers are Waiting

📈    134 shoppers are looking in your neighborhood and price range.

👤 Your name

📞 Phone

✉ Email

I own this home and would like to ask an agent about selling

Contact Agent

Or call 305-570-3802 for more info

## Similar Homes for Sale



FOR SALE

2901 S Bayshore Dr APT 18B, Miami, FL is a condo home that contains 2,387 sq ft and was built in 1975. It contains 3 bedrooms and 2 bathrooms. This home last sold for $850,000 in May 2013.

The Zestimate for this house is $849,846, which has decreased by $17,262 in the last 30 days. The Rent Zestimate for this home is $4,697/mo, which has decreased by $45/mo in the last 30 days. The property tax in 2016 was $14,013. The tax assessment in 2016 was $683,664, an increase of 20.0% over the previous year.

2901 S Bayshore Dr APT...


**FOR SALE**
**$850,000**
2 beds, 2.0 baths, -- sqft
3034 Oak Ave # TH10, Mi...


**FOR SALE**
**$1,040,000**
3 beds, 2.0 baths, 2407 s...
2901 S Bayshore Dr APT...


**FOR SALE**
**$799,000**
2 beds, 2.0 baths, -- sqft
3034 Oak Ave # 202, Mia...


**FOR SALE**
**$830,000**
2 beds, 2.0 baths, -- sqft
3034 Oak Ave # TH1, Mia...

See listings near 2901 S Bayshore Dr APT 18B

## Facts and Features

 **Type**
Condo

 **Year Built**
1975

**Heating**
No Data

**Cooling**
No Data

 **Parking**
No Data

 **HOA**
No Data

### INTERIOR FEATURES

**Bedrooms**
Beds: 3

**Flooring**
Floor size: 2,387 sqft

### BUILDING

**Size**

Unit count: 0

### CONSTRUCTION

**Type and Style**
Condo

**Dates**
Last remodel year: 1975

See More Facts and Features ⌄

### Nearby Similar Sales

**SOLD: $726,600**
Sold on 1/18/2017
2 beds, 2.0 baths, 2407 sqft
2901 S Bayshore Dr APT 8G, Miami, FL 33133

**SOLD: $740,000**
Sold on 2/15/2017
2 beds, 2.0 baths, 1582 sqft
2901 S Bayshore Dr APT 8E, Miami, FL 33133

**SOLD: $775,000**
Sold on 2/23/2017
3 beds, 3.5 baths, 2670 sqft
2699 Tigertail Ave APT 21, Coconut Grove, F...

**SOLD: $780,000**
Sold on 8/2/2016
3 beds, 2.0 baths, 2221 sqft
3091 Gifford Ln, Miami, FL 33133

**SOLD: $820,000**
Sold on 11/7/2016
2 beds, 2.5 baths, 1581 sqft

# Home Value

### Zestimate ⍰

## $849,846

| ZESTIMATE RANGE | LAST 30 DAY CHANGE | ONE YEAR FORECAST |
|---|---|---|
| $782,000 - $926,000 | -$17,262 (-2.0%) | Sign-in to view |

Zestimate history & details ⌄

# Owner Dashboard



## Do you own this home? See your Owner Dashboard.

I'm the owner. Show me!

# Improve Your Home Value



| PROJECT | PROJECT COST | ADDED VALUE |
|---|---|---|
| | $116,469 | +$77,734 |

## **EXHIBIT E**



If paying delinquent taxes (2016 and prior) by mail, acceptable forms of payment are: Cashier's Check, Certified Funds or Money Order.

If paying delinquent taxes (2016 and prior) in person, acceptable forms of payment are: Cashier's Check, Certified Funds, Money Order, or Cash.

The information contained herein does not constitute a title search or property ownership. Amount due May be subject to change without notice.

2017 1st Quarter Tax Bills are Payable on June 1, 2017.



### 2016 Roll Details — Real Estate Account At 2901 S BAYSHORE DR 18B, Miami 33133-6016

Print this page

Real Estate Account #01-4121-075-1360     Parcel details    **Latest bill**    **Full bill history**

| 2016 | 2015 | 2014 | 2013 | ... | 2003 |
|---|---|---|---|---|---|
| $16171.98 due* | PAID | PAID | PAID | | PAID |

Bills with a * are due but not payable online.

$16,171.98 due
Cannot be paid online

**Owner:** VERONICA WALDMAN TRS
2901 S BAYSHORE DR PHB
MIAMI, FL 33133
**and 1 other**
**Situs:** 2901 S BAYSHORE DR 18B
Miami 33133-6016

**Account number:** **01-4121-075-1360**
**Millage code:** 0100 - MIAMI
**Millage rate:** 21.82560

**Assessed value:** 683,664
**School assessed value:** 683,664

Exemptions

**ADDL HOMESTEAD:** 25,000
**HOMESTEAD:** 25,000

**Property Appraiser**

2016 Annual bill     View

**Ad valorem:** $14,013.15
**Non-ad valorem:** $0.00
**Total Discountable:** 14013.15
**No Discount NAVA:** 0.00
**Total tax:**

Legal description

YACHT HARBOUR CONDO UNIT 18-B UNDIV .8638% INT IN COMMON ELEMENTS CLERKS FILE 75R120929 OR 18638-4714 0599 5

Location

**Range:** 41E
**Township:** 54S
**Section:** 21
**Block:** 60
**Use code:** 0407
**Total acres:** 0.000

Addresses

**Other owners:** VW FAMILY TRUST

 Certificate #4345

This parcel has an issued certificate for 2016.

|  |  |
|---|---|
| **Advertised number:** | 5453 |
| **Face amount:** | $15,395.93 |
| **Issued date:** | 06/01/2017 |
| **Expiration date:** | 06/01/2024 |
| **Buyer:** | Bidder number 795349 |
|  | MTAG AS CUSTODIAN FOR CAZ CREEK FLORIDA IV LLC |
|  | PO BOX 54073 |
|  | NEW ORLEANS, LA 70154-4073 |
| **Interest rate:** | 0.25% |

© 1997–2017, **Grant Street Group**. All rights reserved.

**Help** - **Contact us** - **Terms of service** - **Tax Collector home**

Powered by
