Steven Adam Waldman                    Case Number: 18-14411-AJC

## CREDITOR MATRIX

Laquer Family Holdings Limited Partnership
50 South Point Drive
Unit 3301/3303
Miami Beach, FL  33139

Miami-Dade Tax Collector
200 NW 2nd Avenue
Miami, FL 33128

Yacht Harbour Condo Association
P.O. Box 31600
Tampa, FL  33631